Judge Davis

09 MAR 00

TO OUR HONORABLE PRESIDENT OF THE UNITED STATES OF AMERICA AND OUR GENUINELY CONCERNED POLITICAL LEADERS OF THIS GREAT COMMUNITY.

MR. JOSEPH MCCULLOUGH
MS. APRIL DENISE MCCRAY
MR. CHARLES L. CUTLER



REC'D by _____ D.C.
INTAKE
[MAR] 2 1 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

WE ARE RESPECTFULLY, HONEST AND TRULY REQUESTING YOUR SINCERE ASSISTANCE IN DISCONTINUING OF THIS PRACTICE. THE DEFENSE AND ACCOUNTING SERVICE IN DENVER CO. AND INDIANAPOLIS IN. CENTER HAVE ADOPTED THE PRACTICE OF ADDING THE DISABLED VETERANS SEVERANCE PAY TO THE W-2 FORMS AS INCOME.

THE WAY THIS PROCESS CURRENTLY WORKS IS, WHEN A VETERAN IS SEPARATED FROM THE UNITED STATES ARMED FORCES WITH A SERVICE CONNECTED DISABILITY. THE VETERAN IS GIVEN SEVERANCE PAY ; THIS SEVERANCE PAY IS TAXED BEFORE THE VETERAN RECEIVES ANY OF THE SEVERANCE PAY, AND BEING TOLD! THE MONEY UNCLE SAM RECEIVED WILL BE RETURNED AFTER FILING HIS/HER INCOME TAXES FOR THAT YEAR.

NOW, WHEN THE VETERAN RECEIVES HIS/HER W-2 FORM THE SEVERANCE PAY HAS BEEN ADDED AS INCOME MADE FOR THAT YEAR. SO, NOW THE VETERAN HAS A HIGHER INCOME FOR THAT YEAR.

SOME VETERANS WILL FILE AND THINK NOTHING IS WRONG ON THEIR W-2 FORM; BUT, IN REALITY! THE DEFENSE AND ACCOUNTING SERVICE HAS ADDED THE SOLDIER SEVERANCE PAY AS INCOME.

IT'S LIKE THE SOLDIER WAS NEVER GIVEN SEVERANCE PAY FOR THEIR SERVICE CONNECTED DISABILITY, AND TOO MAKE THINGS WORST THAT SEVERANCE PAY IS BEING TAX TWICE. WHICH IS CALLED DOUBLED TAXATION.

THIS PRACTICE IS WRONG! WE AS VETERANS HAVE FILE A LAW SUIT FOR DAMAGES AS A RESULT OF THIS UNLAWFUL PRACTICE.

WE SUSPECT THAT THIS HAS AND IS HAPPENING TO VETERANS ACROSS THE COUNTRY.

Charles L. Cutler

00CV00839
Judge Davis

Joseph McCullough                              17 Mar 2000
3080 N.W. 88 St.
Miami, FL 33142


Department of the Treasury
Internal Revenue Service
Atlanta GA 39901

[Statement To Appeal The Disallowance:]
I Joseph McCullough disagree partially disallowing my claim for credit or refund for which I was not at fault.


[Statement of Facts Supporting My Reasons For Disputing The Disallowance.]
I Joseph McCullough file my 1992 income Taxes for disability Serverance Pay on 2 Mar 94 didn't received a form W-2 from DEF. FIN. Acc't. SVC. until 14 June 1994 only by request from me, in which was incorrect. When this happen I Joseph McCullough began receiving letters from different I.R.S. Agencies.

00CV00837

I have FAX and sented so much information to different I.R.S Agencies plus Phone calls. MR. JUNN Carlos and MS. Mercedes B. Bivens. Of SAN JUAN P.R. began handling my case. Then money was being deducted from my pay check by the I.R.S of $174.15 A month, A Total of 24 payments. ON my return to the U.S. 2 Feb 99 in June I Wrote the Honorable MR. Bob Graham who help me get the corrected form W-2 in which I Received in Sept of 99. Also A letter from DEF FIN Acct Svc stating that the regret any inconvenience this may have caused.

⎡Statement Outlining The Law or Authority⎤
⎣That Supports My Claim.⎦

I Joseph McCullough received A letter from department of Veterans Affairs dated 30 Dec 98 in St. Clair V. United States District Court for the Eastern District of Virginia decided that disability Serverance Payments are excluded from Taxable income.

00CV00839

[Statement]

I Joseph McCullough that the facts presented in my written Appeal are, to the best of my knowledge and belief, True, correct, and Complete." Also there are documentation enclosed to support this Appeal."

Joseph McCullough
Joseph McCullough
3080 N.W. 88 St.
Miami, FL 33142
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

Cont: Day or Night. Tel  305-836-3853

Department of the Treasury
Internal Revenue Service

ATLANTA, GA  39901

00CV00839
Judge Davis

In reply refer to: 0757705763
Feb. 23, 2000    LTR 106C    N
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   199212 30 000
                              00169


JOSEPH MCCULLOUGH
3080 NW 88TH ST
MIAMI  FL  33147-3774803


CERTIFIED MAIL

   Taxpayer Identification Number:   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
                     Kind of Tax:   Income
                     Tax Period:   Dec. 31, 1992
                 Amount of Claim:   $2,918.82
              Date Claim Received:   Jan. 21, 2000


Dear Taxpayer:

This letter is your legal notice that we are partially disallowing
your claim for credit or refund.  We allowed only $652.38 of the
claim.

. We have partially disallowed the claim because the Statute of
  Limitations has expired.

. Your case has been reviewed and handled in the Taxpayer Advocate
  Program by Employee Number 0757705763, identification number 07-77481.
  Our fax number is (678) 530-6212.

If you want to appeal our decision to disallow your claim, you must
provide a brief written statement of the issues you don't agree with.
The facts in the written statement should be detailed and complete,
including specific dates, names, amounts, locations, etc.

You should include the following:

    1.  A statement that you want to appeal the disallowance.

    2.  Your name, address, and a telephone number where you can be
        reached during the day.

    3.  A statement of facts supporting your reasons for disputing the
        disallowance.

    4.  A statement outlining the law or other authority that supports
        your claim.

You must declare that the statement of facts is true under penalties
of perjury.  You may do this by adding the following statement and
signing it:


Department of the Treasury
Internal Revenue Service

```
                                           0757705763
                       Feb. 23, 2000   LTR 106C      N
                       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   199212 30 000
                                              00170
```

JOSEPH MCCULLOUGH
3080 NW 88TH ST
MIAMI   FL   33147-3774803


"Under penalties of perjury I declare that the facts presented
 in my written appeal are, to the best of my knowledge and
 belief, true, correct, and complete."

An attorney, certified public accountant, or person enrolled to
practice before the Internal Revenue Service may represent you. To
have someone represent you, attach Form 2848, Power of Attorney and
Declaration of Representative, (or similar written authorization) to
your written statement.

If your authorized representative prepares the written statement, he
or she should include a declaration that he or she prepared the
written statement and accompanying documents, and whether he or she
knows personally that the protest and accompanying documents are true
and correct.

Please mail your request for an appeal to the address shown on
this letter.

If you have any questions, please call Miss P. Parks at
678-530-7171 between the hours of 8:00 a.m. and
3:30 p.m.. If the number is outside your local calling area,
there will be a long-distance charge to you.

If you prefer, you may write to us at the address shown at the top
of the first page of this letter.

Whenever you write, please include this letter and, in the spaces
below, give us your telephone number with the hours we can reach you.
Also, you may want to keep a copy of this letter for your records.
Telephone Number (   ) _305-836-3853_        Hours _6pm And Until_


Department of the Treasury
Internal Revenue Service

```
                                    0757705763
                        Feb. 23, 2000    LTR 106C     N
                        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  199212 30 000
                                              00171
```

JOSEPH MCCULLOUGH
3080 NW 88TH ST
MIAMI   FL   33147-3774803




Thank you for your cooperation.

                        Sincerely yours,

                        *[signature]*

                        Gwen A. Krauss
                        Director, Customer Service Center

Enclosure(s):
Publication 1
Envelope
Form 843 Claim